387 A.2d 120

McIlhinney v. Weiler's Appliances, Inc., et al., Appellants.

Argued December 6, 1977. Howard T. Gathright, with him Pratt, Clark, Gathright & Price, for appellants; Peter N. Harrison, for appellee.

Judgment affirmed.

387 A.2d 121

McKernon, et al., Appellants, v. Sacred Heart Hospital.

Argued December 14, 1977. Martin J. Cunningham, Jr., for appellants; Andrew L. Braunfeld, with him Donald J. Martin, for appellee.

Order affirmed.